# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**PATRICIA ARRIZ RUDNICK,**
Appellant,

v.

**STEPHANIE BUTLER,**
Appellee.

No. 4D2024-2976

[November 20, 2025]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Tabitha Blackmon Eves, Judge; L.T. Case No. COWE24043659.

Patricia Arriz Rudnick, Aventura, Pro se.

No Appearances for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***